**DENY and Opinion Filed January 20, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00021-CV

## IN RE TRACY NIXON, Relator

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

In this original proceeding, relator is a vexatious litigant subject to a prefiling order under chapter 11 of the civil practice and remedies code. *See* TEX. CIV. PRAC. & REM. CODE § 11.101. He challenges the Local Administrative Judge's order denying his request for permission to file new litigation.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition and the record, we conclude that relator has failed to

show his entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220021F.P05